PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:21-PO-372-SAB |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA AND SENTENCING HEARING, AND VACATE TRIAL DATE; ORDER |
| v. | |
| JASON D. HICKS, | DATE: March 1, 2022 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on March 1, 2022.

2. The parties have reached a plea deal. Defendant intends to plead guilty to Citation #E1037510, charging him with Operating a Motor Vehicle when Blood or Breath is 0.08 Grams or More of Alcohol, at Death Valley National Park, in violation of 36 C.F.R. 4.23(a)(2). The government will recommend the Court impose a $1200 fine (plus processing fee and special assessment), 1 year of unsupervised court probation, and completion of a 1st time DUI offender program.

///

///

///

STIPULATION TO VACATE TRIAL DATE         1

3. The parties request that the March 1, 2022 bench trial be vacated and converted to a change of plea and sentencing hearing at that same date and time.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 1, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: February 1, 2022 | /s/ Richard Middlebrook<br>Richard Middlebrook<br>Middlebrook & Associates<br>Counsel for Defendant Jason D. Hicks |

**ORDER**

IT IS SO ORDERED.

Dated:  **February 10, 2022**

UNITED STATES MAGISTRATE JUDGE