# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Jason Dewayne Hicks, ) <br> ) <br> Defendant. ) <br> ) | Case No. 5: 21-PO-00372-SAB <br><br> **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. 4.23(a)(2)- Operating a Motor Vehicle when Blood or Breath is 0.08 Grams or More of Alcohol

**Sentence Date:** April 12, 2022

**Review Hearing Date:** April 20, 2023

**Probation Expires On:** April 13, 2024

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $2,040 which Total Amount is made up of a Fine: $ 2,000 Special Assessment: $ 10 Processing Fee: $ 30 Restitution: $ 0

☒ Payment schedule of $ 100 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete a multi-offender DUI program by 12/31/2023

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1400
☒ If not paid in full when was last time payment: Date: 4/6/2023
Amount: $100

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Completed DUI program on 06/05/2022

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ Jeffrey A. Spivak  4/6/2023

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/20/2023 at 10:00 am

    ☒ be continued to 11/16/2023 at 10:00 a.m.; or

    ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 4/6/2023

_____
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for April 20, 2023 at 10:00 a.m. be continued to November 16, 2023 at 10:00 a.m.  The defendant is ordered to provide and file a Probation Status Report 14 days prior to the November 16, 2023.  The defendant is ordered to appear.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **April 6, 2023**

_____
UNITED STATES MAGISTRATE JUDGE