**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5: 21-PO-00372-JLT |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON** |
| ) | **UNSUPERVISED PROBATION** |
| JASON DEWAYNE HICKS, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. 4.23(a)(2)- Operating a Motor Vehicle when Blood or Breath is 0.08 Grams or More of Alcohol

**Sentence Date:** April 12, 2022

**Review Hearing Date:** November 16, 2023

**Probation Expires On:** April 13, 2024

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $2,040 which Total Amount is made up of a Fine: $ 2,000 Special Assessment: $ 10 Processing Fee: $ 30 Restitution: $ 0

☒ Payment schedule of $ 100 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete a multi-offender DUI program by 12/31/2023

*COMPLIANCE:*

☒ Defendant has complied with and completed all conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:   Date
                                                    Amount

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 11/16/2023 at 10:00 am

  ☐ be continued to _____ at 10:00 a.m.; or

  ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 8/25/2023

DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED.  No government position per the Court's requirements.

IT IS SO ORDERED.

Dated:  **September 1, 2023**

UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)